**Motion Granted and Order filed June 25, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00807-CV
_____

### THE PETROLEUM WORKERS UNION OF THE REPUBLIC OF MEXICO, Appellant

### V.

### JAMES GOMEZ, AS RECEIVER FOR ARRIBA LIMITED, Appellee

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1985-35446-AC**

## O R D E R

The clerk's record was filed February 10, 2015. On March 3, 2015, appellant requested the Harris County District Clerk supplement the clerk's record. April 20, 2015, a supplemental clerk's record was filed. The supplemental clerk's record did not contain one of the requested documents.

The parties have filed an agreed motion to supplement the record with a relevant item that has been omitted from the clerk's record. The record does not contain the Amended Motion for Judgment on the Verdict, filed April 14, 2014.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before July 6, 2015, containing the Amended Motion for Judgment on the Verdict, filed April 14, 2014.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM